UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case: Cv

Judge

FILED BY_____D.C.

OCT 15 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Sonia Rodriguez

9521 Fontainebleau Blvd 434 Miami Florida 33172,

**PLAINTIFF**

**VS**

Grant Cardone

18909 NE 29 TH AVENUE AVENTURA, FL 33180

**DEFENDANT N. 1**

Cardone Capital LLC

18909 NE 29 TH AVENUE AVENTURA, FL 33180

**DEFENDANT N. 2**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

COMPLAINT

AND DEMAND FOR TRIAL BY JURY

The plaintiff very respectfully DECLARES, ALLEGES and REQUESTS the following:

I.   **NATURE OF THE ACTION, JURISDICTION AND COMPETENCE**

1. This is a case of copyright infringement under the U.S. Copyright Act, for damages under the U.S. Copyright Act. This court has jurisdiction over this action under 28 U.S.C. §1331 (federal question) and §1338 (copyright claims).

2. The venue is appropriate in this district under 28 U.S.C. §1391 and §1400 because the defendants are in Florida by themselves or through their agents to the extent that they transact business in Florida, because a substantial portion of the events or omissions giving rise to the claim occurred in this judicial district, and a substantial portion of the intellectual property and rights derived therefrom that are the subject of the action are located in Florida.

3. Defendants Grant Cardone and Cardone Capital LLC are located within the jurisdiction of the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA.

## II. THE PARTIES

4. The plaintiff Sonia Rodriguez is a 49-year-old, Latina, of Colombian origin, Spanish-speaking, Monotheist, brunette, Scientist, Realtor, with a family tradition of companies and businesses for more than 5 generations, with more than 30 years of experience in multiple industries and businesses, Entrepreneur, Designer and developer of Products and Services of Mass Consumption, Writer, composer, motivator.

5. Defendant Grant Cardone is a CEO, entrepreneur, investor, influencer, motivator with worldwide production and distribution.

6. Defendant Cardone Capital LLC is a short-term revenue-generating company as in long-term value creation. Project developer, based in South Florida, develops businesses under various modalities such as joint ventures, partnerships, subsidiaries, and others with production and distribution worldwide.

7. Defendant Cardone Capital LLC is a company that has continuously done business in Florida and has continuously had partners under various modalities worldwide, continuously involving different industries of global commerce.

## III. STATEMENT OF THE FACTS

8. The plaintiff Sonia Rodriguez is a 49-year-old, Latina, of Colombian origin, Spanish-speaking, monotheistic, dark-skinned, Scientific, Realtor, with a family tradition of companies and businesses for more than 5 generations; with more than 30 years of experience in multiple industries and businesses, Entrepreneur, Designer and developer of Mass Consumption Products and Services, Writer, Composer, Motivator.

9. The defendants Grant Cardone and Cardone Capital LLC, for many years but in the case of this lawsuit during the years 2019, 2020, 2021, 2022, 2023, 2024, sought new businesses, new investments, new trends, new partners, new companies, new technologies, new employees, vendors, to develop the projects and businesses under various modalities such as joint venture, companies, subsidiaries and others, all of the above with the promise of taking them to production, distribution and sales worldwide with profits of thousands of dollars; and they continue to do so to this day.

10. The gains in point 9 explained in the previous paragraph are to generate short-term and long-term gains and the creation of long-term value; and they continue to do so to this day.

11. The defendants Cardone Capital LLC, and Grant Cardone have published and continue to publish on the different social networks, and on their web pages, their interest in what is explained in point nine of this lawsuit.

12. The plaintiff in response to the joint venture, business and other offers, published online and other social networks of the defendants Cardone Capital LLC and Grant Cardone, presented to them several businesses, projects, designs, consumer products, companies, writings, compositions, pilots, and services; of their own creation and intellectual property and of their own authorship and copyright; With the intention of developing them with them to have the opportunity to increase profits.

13. Defendants contacted Plaintiff on several occasions in 2019, 2020, 2021, 2022, 2023, 2024, both at the offices of Cardone Capital LLC and Grant Cardone, as well as by phone, email, social media, events, and others.

14. On the different occasions on which the plaintiff was contacted; Different partnership options were explored, and options for developing the applicant's different designs.

15. On the various occasions on which the plaintiff was contacted, the defendants asked her many questions about her designs.

16. On the different occasions in which she was contacted, the plaintiff stated to the defendants that she had the intellectual property and copyrights of her projects and designs and that she also had the mental, physical, intellectual capacity, and the necessary skills to develop the different projects; but because he is responsible for two children under the age of 18, he did not have the economic and logistical capacity to bring these projects to the level that would generate the desired profits for the different stakeholders. But that the defendants did have and even currently have the logistics and economic means to maximize profits for the interested parties. And this was the plaintiff's interest in associating with them, also with the promise of sharing the profits in fair percentages and proportions for all interested parties.

17. The plaintiff states that businesses, projects, designs, mass consumption products, companies, writings, compositions, pilots, and services; of your own creation and intellectual property and of your own authorship and copyright are original and are copyrightable under the laws of the United States.

18. In the year 2024, the plaintiff again approaches the defendants; But it finds and confirms that the defendants developed, marketed, sold, and made huge financial and other types of profits; of some of the applicant's designs and intellectual property projects.

19. One, some, or all of the defendants continue to make financial and other gains as of the date of this lawsuit, on the designs that are the subject of this lawsuit.

20. The defendants have infringed the plaintiff's exclusive rights by manufacturing, reproducing, distributing, selling, marketing the different designs and sometimes part of the plaintiff's designs.

21. Defendants are liable to the plaintiff, as the sole owner of the copyright and intellectual property rights, for actual or statutory damages, with respect to financial and other gains.

22. The defendants have directly or indirectly caused the infringement through the obtaining of financial and other gains, without agreeing and delivering a fair share and percentage to the plaintiff.

23. The defendants are liable subsidiarily, contributively, directly or indirectly, for the illegal acts arising from the infringement of copyright.

24. The defendants were able to carry out these infringements, inter alia, by entering into agreements with third parties or through subsidiaries, or divisions made to the detriment of the plaintiff and having the effect of harming the plaintiff, inter alia, by causing, permitting, consenting to and permitting the obtaining of financial gains without recognizing a fair share and percentage to the plaintiff; but for the actions and omissions of the defendants, this tort would not have been committed.

25. Plaintiff seeks actual and statutory damages under U.S. copyright law.

26. The plaintiff does NOT intend to harm the good image and good name of Grant Cardone, Cardone Capital LLC and its Business Group, its sole intention is to obtain the remedies requested in this lawsuit.

27. The plaintiff has suffered different damages as a result of the defendants' conduct described herein.

28. The illegal practices alleged in the preceding paragraphs were intentionally and maliciously and/or with reckless disregard for the plaintiff's federally protected rights.

## IV. DEMAND FOR TRIAL BY JURY

29. The plaintiff requests a jury trial on all of the issues raised in the Complaint.

**V. PRAYER OF RELIEF**

In view of the foregoing, the plaintiff respectfully requests this Court to grant her the following compensation:

A. Order the defendants to indemnify the plaintiff by providing adequate retroactive payment with pretrial interest, in amounts to be determined at trial, and other affirmative measures necessary to eradicate the effects of its illegal practices.

B. Order the defendants to make reparations to the plaintiff, providing compensation for past and future pecuniary and non-pecuniary losses resulting from the unlawful practices described above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

C. Order the defendants to pay the plaintiff punitive damages for their intentional malice and/or reckless indifference in the conduct described above, in amounts to be determined at trial.

D. Order the Defendants to pay the Plaintiff one-half of all profits unlawfully obtained by the Defendants; or, alternatively, statutory damages for intentional infringement, whichever is greater.

E. An award of costs, and reasonable fees

F. An award of pretrial interest on the amount of any award.

G. Other measures that the court considers fair and equitable.

H. With respect to the Injunctive Relief: To grant a permanent injunction compelling Cardone Capital LLC, Grant Cardone, their affiliates, officers, directors, agents, managers, supervisors, employees, and all persons in concert or active participation with them, to grant the plaintiff active participation and permit her to conduct a financial audit, design audit, and other types of audits so that the designs that are the subject of this lawsuit as of the date of judgment are financially viable, and continue to generate profits for the interested parties including a 50% profit for the plaintiff, and also reflect more the original vision of their creator the plaintiff.

I. To direct Cardone Capital LLC and Grant Cardone to institute and implement policies, practices, and programs that prevent the recurrence of these actions.

J. Grant such additional measures as the Tribunal deems necessary and appropriate in the public interest.

Respectfully submitted.

*Sonia Rodriguez* (signature)
Sonia Rodriguez

9521 Fontainebleau Blvd 434 Miami Florida 33172

Cell (305)4945971

Email: vivirodri2010@gmail.com

Plaintiff

Pro Se

Pay Pauperis

Non-Prisoner

Person who only speaks Spanish